**Order entered October 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01318-CV

### JOHN TATUM, ET AL., Appellants

### V.

### JULIE HERSH, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

We **GRANT** appellants' October 16, 2014 unopposed motion for an extension of time to file a notice of appeal. The notice of appeal filed on October 15, 2014 is deemed timely for jurisdictional purposes.

/s/      ELIZABETH LANG-MIERS
            JUSTICE